USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIVKA KLEIN,

                **Plaintiff,**

-against-

EQUIFAX INFORMATION SERVICES, LLC
and CITIBANK, N.A.,

                **Defendants.**

1:19-cv-09537 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: December 12, 2019
       New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge